# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 09-41122
_____

EMILY MILBURN, Individually and as Next Friend of DLM,

    Plaintiff - Appellee

v.

SERGEANT GILBERT GOMEZ; OFFICER DAVID ROARK; OFFICER SEAN STEWART,

    Defendants - Appellants

_____

Appeal from the United States District Court for the
Southern District of Texas, Galveston
_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42(b), the appeal is dismissed as of November 29, 2010, pursuant to appellant's motion.

                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                            By: _____
                            Steve A. Totora, Deputy Clerk

                    ENTERED AT THE DIRECTION OF THE COURT

*DIS4*